

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00162-CR

| | | |
|---|---|---|
| Scott Michael Lefler | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1439037D) |
| v. | § | June 9, 2016 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
      Justice Sue Walker